# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| WYNSTON SCOTT | CIVIL ACTION NO. 24-0671 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| A CUPP | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

Before this Court is the Report and Recommendation issued by Magistrate Judge Joseph Perez-Montes in the above-captioned civil matter (Record Document 13). After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Plaintiff's suit is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana this 2nd day of June, 2025.

_____
UNITED STATES DISTRCT COURT JUDGE